IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SHAFIQ IMANI,

    Plaintiff,

v.

SANDRA L. MCARDLE and
JEANIE M. KRAMER,

    Defendants.

ORDER

Case No. 24-cv-822-jdp

---

This case was originally filed in the Eastern District of Wisconsin as case 24-cv-1477 and has been transferred to this court. Plaintiff Shafiq Imani, a prisoner in the custody of the Wisconsin Department of Corrections, has paid the $405 filing fee. Because plaintiff is a prisoner, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous, malicious, fails to state a claim on which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.

Accordingly, IT IS ORDERED that plaintiff Shafiq Imani's complaint is taken under advisement for screening pursuant to 28 U.S.C. § 1915A. Plaintiff will be notified promptly when a decision has been made. In the meantime, if plaintiff needs to communicate with the court about this case, plaintiff should write the case number shown above on any communication.

Entered this 20th day of November, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge